JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN ARTESIA, LLC, a California limited liability company; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-01862-MWF-E<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: February 26, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendant Western Artesia LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 29, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

1
ORDER FOR DISMISSAL WITH PREJUDICE